IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRIS POE                                                                                   PLAINTIFF

V.                              CASE NO. 2:11-CV-039-BRW

POLARIS INDUSTRIES INC.                                                      DEFENDANTS
AND FLOYD, INC. d/b/a SUNRISE
YAMAHA MOTOR SPORTS

## AGREED EXPERT DISCLOSURES ORDER

Plaintiff Chris Poe and defendants Polaris Industires, Inc. and Floyd, Inc. d/b/a Sunrise Yamaha Suzuki Kawasaki Polaris, by and through counsel, having stipulated and agreed to the entry of an Expert Disclosures Order pursuant to the 2010 revisions to Rule 26(b)(4) of the Federal Rules of Civil Procedure, and the Court finding that good cause supports the entry of this Expert Disclosures Order,

**IT IS HEREBY ORDERED**, in the interest of ensuring an efficient and prompt resolution of this action, that:

1.  The documents and other information, including the substance and content thereof, disclosed under Rule 26 of the Federal Rules of Civil Procedure or otherwise produced or disclosed by any party in discovery in this litigation shall not include (a) drafts of any report or disclosure required under Rule 26(a)(2), regardless of the form in which the draft is recorded, or (b) communications between the party's attorney and any witness required to provide a report under Rule 26(a)(2)(B), regardless of the form of the communications.

925849-v1

2. Communications between the party's attorney and a witness required to provide a report under Rule 26(a)(2)(B) will be subject to discovery to the extent that the communications: (i) relate to compensation of the expert's study or testimony, (ii) identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed, or (iii) identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed.

DATED  6/21/2011 , 2011.

*/s/ Billy Roy Wilson*
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE


**APPROVED AS TO FORM:**

J.K. Leonard *(pro hac vice)*
David L. Ortega *(pro hac vice)*
NAMAN, HOWELL, SMITH & LEE, PLLC
Union Square II
10001 Reunion Place, Suite 600
San Antonio, TX  78216-4140

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699

By: _____
    Gordon S. Rather, Jr. (68054)

*Attorneys for Polaris Industries, Inc.*


BARBER, MCCASKILL, JONES & HALE, P.A.
400 West Capitol Avenue, Suite 2700
Little Rock, AR  72201

By: _____
    Michael L. Alexander (80002)

*Attorneys for Sunrise Yamaha Suzuki Kawasaki Polaris*


CHAPMAN, LEWIS & SWAN, PLLC
P.O. Box 428
Clarksdale, MS  38614


By:_____
    Ralph E. Chapman (MSB No. 5962)
    Daniel M. Czamanske, Jr. (MSB No. 10812)

*Attorneys for Plaintiff*

925849-v1

**APPROVED AS TO FORM:**

J.K. Leonard *(pro hac vice)*
David L. Ortega *(pro hac vice)*
NAMAN, HOWELL, SMITH & LEE, PLLC
Union Square II
10001 Reunion Place, Suite 600
San Antonio, TX 78216-4140

and

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699

By:_____
    Gordon S. Rather, Jr. (68054)

*Attorneys for Polaris Industries, Inc.*

BARBER, MCCASKILL, JONES & HALE, P.A.
400 West Capitol Avenue, Suite 2700
Little Rock, AR 72201

By:_____
    Michael L. Alexander (80002)

*Attorneys for Sunrise Yamaha Suzuki Kawasaki Polaris*

CHAPMAN, LEWIS & SWAN, PLLC
P.O. Box 428
Clarksdale, MS 38614

By:_____
    Ralph E. Chapman (MSB No. 5962)
    Daniel M. Czamanske, Jr. (MSB No. 10812)

*Attorneys for Plaintiff*

925849-v1