IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRIS POE                                                                                                  PLAINTIFF

v.                                            No. 2:11-cv-39-DPM

POLARIS INDUSTRIES INC.; and FLOYD INC.,
d/b/a Sunrise Yamaha Motor Sports                                                        DEFENDANTS

ORDER

The Court needs an expedited response to Polaris's three motions to strike, № 79, 80 & 81.  On Smith and Breen, the record issues need settling so the Court can finish deciding the motions to exclude.  On Whittle, the issue is different.  Polaris's motion to strike the designations of his deposition testimony for trial is contrary to the Court's Scheduling Order, № 44 at 3, but so too has been Poe's untimeliness.  The Court directs counsel to meet and confer by telephone this week to address the Whittle issue.  Poe should report the fruit of this meeting in his response to the Whittle motion.  Poe's three responses due 6 May 2013.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2013