IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHRIS POE                                                                PLAINTIFF

v.                              No. 2:11-cv-39-DPM

POLARIS INDUSTRIES INC.; and FLOYD INC.,
d/b/a Sunrise Yamaha Motor Sports                          DEFENDANTS

## JUDGMENT

All Poe's claims against both defendants are dismissed with prejudice pursuant to the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2013